# UNITED STATES DISTRICT COURT
## Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| -vs- | (For **Revocation** of Supervised Release) |
| AMARION AQUAI-LATROY MCELRATH | Case Number:  1:18-cr-66 |
| | USM Number: 22129-040 |
| | Eric Fleddermann |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations of Mandatory Condition 1 (Violations 1, 3, 5), Mandatory Condition 3 (Violation 2, 4, 6), and  Special Condition 1 (Violation 7).

☐ was found in violation of _____.

**Violation Number**                                         **Nature of Violation**

**(SEE PAGE 2)**

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and the United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 26, 2026

Dated:  February 27, 2026                         /s/ Robert J. Jonker
                                                                    ROBERT J. JONKER
                                                                    UNITED STATES DISTRICT JUDGE

AO 245D (MIWD Rev. 09/11)- Judgment in a Criminal Case for Revocations
Judgment – Page 2
Defendant: AMARION AQUAI-LATROY MCELRATH
Case Number: 1:18-cr-66

## SUPERVISED RELEASE VIOLATIONS

**Violation Number 1**
**Mandatory Condition Number 1: You must not commit another federal, state or local crime.**
On or about August 12, 2025, Mr. McElrath possessed methamphetamine, a Schedule II controlled substance. Possession of methamphetamine is in violation of MCL §333.7403(1), (2)(b)(i), a felony, punishable by 10 years imprisonment and/or a fine of not more than $15,000.00.

**Violation Number 2**
**Mandatory Condition Number 3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On or about August 12, 2025, Mr. McElrath used methamphetamine.

**Violation Number 3**
**Mandatory Condition Number 1: You must not commit another federal, state or local crime.**

On or about August 12, 2025, Mr. McElrath possessed cocaine. Possession of cocaine is in violation of MCL 333.7403(1), (2)(a)(v), a felony, punishable by 4 years imprisonment and/or a fine of not more than $25,000.00.

**Violation Number 4**
**Mandatory Condition Number 3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On or about August 12, 2025, Mr. McElrath used cocaine.

**Violation Number 5**
**Mandatory Condition Number 1: You must not commit another federal, state or local crime.**

On or about August 12, 2025, Mr. McElrath possessed marijuana, in violation of 21 U.S.C. § 844(a), punishable by not less than 90 days but not more than three years imprisonment and a minimum fine of $5,000.00, based on two or more prior drug convictions.

**Violation Number 6**
**Mandatory Condition Number 3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On or about August 12, 2025, Mr. McElrath used marijuana.

**Violation Number 7**
**Special Condition Number 1: You must participate in a program of testing and treatment of substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer and must pay at least a portion of the cost according to your ability, as determined by the probation officer.**

On or about August 29, and September 3, 2025; Mr. McElrath failed to report for drug testing as directed. In July, August, and September 2025, he failed to call the drug testing telephone number daily, as directed.

AO 245D (MIWD Rev. 09/11)- Judgment in a Criminal Case for Revocations
Judgment – Page 3
Defendant: AMARION AQUAI-LATROY MCELRATH
Case Number: 1:18-cr-66

## IMPRISONMENT

The defendant's term of supervised release is revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months, concurrent on both counts of conviction.**

- ☐ The court makes the following recommendations to the Bureau of Prisons:
  _____

- ☒ The defendant is remanded to the custody of the United States Marshal.
- ☐ The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ on _____
  - ☐ as notified by the United States Marshal.
- ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2:00 P.M. on _____
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
    Deputy United States Marshal

<u>AO 245D (MIWD Rev. 09/11)- Judgment in a Criminal Case for Revocations</u>
Judgment – Page 4
Defendant: AMARION AQUAI-LATROY MCELRATH
Case Number: 1:18-cr-66

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **18 months, concurrent on both counts of conviction.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state, or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☒ You must cooperate in the collection of DNA as directed by the probation officer.

5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

<u>AO 245D (MIWD Rev. 09/11)- Judgment in a Criminal Case for Revocations</u>
Judgment – Page 5
Defendant: AMARION AQUAI-LATROY MCELRATH
Case Number: 1:18-cr-66

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.

4. You must answer truthfully the questions asked by your probation officer.

5. You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.

7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so.  If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.

13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245D (MIWD Rev. 09/11)- Judgment in a Criminal Case for Revocations
Judgment – Page 6
Defendant: AMARION AQUAI-LATROY MCELRATH
Case Number: 1:18-cr-66

## SPECIAL CONDITIONS OF SUPERVISION

1. You must reside at a Residential Re-Entry Center (RRC) as designated by the Bureau of Prisons (BOP) for a period of **six (6) months,** with subsistence waived.  While at the RRC, you must abide by all rules and regulations of the program and may receive work release at the direction of the probation officer.

2. You must participate in a program of testing and treatment of substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

3. You must not use or possess any controlled substances without a valid prescription.  If you do have a valid prescription, you must follow the instructions on the prescription.  You must not possess, use, or sell marijuana or any marijuana derivative (including any product containing cannabidiol (CBD) or THC) in any form (including edibles) or for any purpose (including medical purposes).  You are also prohibited from entering any marijuana dispensary or grow facility.

4. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.  Failure to submit to a search may be grounds for revocation of release.  You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

   The probation officer may conduct a search under this condition only when a reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.